

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00179-CR

Jason **TURNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9801
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The reporter's record was originally due May 9, 2016, but neither the record nor a notification of late record was filed. The clerk's office of this court contacted the court reporter by telephone and advised her to file a notification of late record. On June 29, 2016, the reporter filed the notification of late record, asking for an additional thirty days to file the record, but suggesting the record might not be filed by the date requested because she had suffered a broken wrist and would not be returning to the doctor until July 29, 2016. At that time, her physician will determine whether she may return to work. After reviewing the notification, we **GRANT** the court reporter's request for a thirty-day extension and **ORDER** her to file the reporters' record in this court on or before July 29, 2016. Although we recognize that this is technically the reporter's first formal request for an extension of time, the record was originally due May 9, 2016, and therefore, after the granting this extension, the reporter will have been given a total of eighty-one days to file the record from the original due date.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court